# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOS

In re: CINDY L. MEREDITH                §          Case No. 13-82755
      JEFFERY MEREDITH               §
                                                  §
          Debtors                §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 08/07/2013.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/10/2013.

5) The case was dismissed on 02/07/2014.

6) Number of months from filing or conversion to last payment: 2.

7) Number of months case was pending: 7.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $36,155.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 236.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 236.00 |

**Expenses of Administration:**

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 14.16 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 14.16 |

Attorney fees paid and disclosed by debtor:          $ 0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CINDY L. & JEFFERY MEREDITH | Lgl | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Sec | 0.00 | 13,630.35 | 13,630.35 | 0.00 | 221.84 |
| CAPITAL ONE AUTO FINANCE | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| COMMUNITY STATE BANK | Sec | 63.04 | 63.04 | 63.04 | 0.00 | 0.00 |
| GREAT LAKES HIGHER EDUCATION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| MOHELA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT OF EDUCATION/ | Uns | 0.00 | 12,410.59 | 0.00 | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Uns | 0.00 | 1,347.90 | 0.00 | 0.00 | 0.00 |
| U.S. DEPARTMENT OF EDUCATION | Uns | 0.00 | 11,826.08 | 0.00 | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ACCOUNT RECOVERY SERVICE | Uns | 119.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Uns | 92.00 | NA | NA | 0.00 | 0.00 |
| ALLIED COLLECTION SVCS OF CA | Uns | 105.00 | NA | NA | 0.00 | 0.00 |
| ANESTHESIA & PAIN | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| ANNIES | Uns | 23.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 1,267.00 | 1,336.95 | 1,336.95 | 0.00 | 0.00 |
| ASHFORD UNIVERSITY | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| AT&T MOBILITY II LLC % AT&T | Uns | 318.00 | 622.22 | 622.22 | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATG CREDIT | Uns | 7.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Uns | 207.00 | NA | NA | 0.00 | 0.00 |
| BILL ME LATER | Uns | 1,508.00 | NA | NA | 0.00 | 0.00 |
| CAINE & WEINER | Uns | 1,593.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA | Uns | 1,526.00 | 1,532.21 | 1,532.21 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA | Uns | 578.00 | 1,197.89 | 1,197.89 | 0.00 | 0.00 |
| ALTAIR OHIO XIII LLC | Uns | 584.00 | 578.40 | 578.40 | 0.00 | 0.00 |
| ALTAIR OHIO XIII LLC | Uns | 2,150.00 | 2,150.78 | 2,150.78 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Uns | 864.00 | 863.64 | 863.64 | 0.00 | 0.00 |
| ALTAIR OHIO XIII LLC | Uns | 823.00 | 1,585.67 | 1,585.67 | 0.00 | 0.00 |
| ALTAIR OHIO XIII LLC | Uns | 1,586.00 | 1,590.60 | 1,590.60 | 0.00 | 0.00 |
| ALTAIR OHIO XIII LLC | Uns | 539.00 | 584.02 | 584.02 | 0.00 | 0.00 |
| CASHCALL INC | Uns | 2,400.00 | 2,598.04 | 2,598.04 | 0.00 | 0.00 |
| CBNA | Uns | 226.00 | NA | NA | 0.00 | 0.00 |
| CCB CREDIT SERVICES | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Uns | 336.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS | Uns | 81.00 | 87.11 | 87.11 | 0.00 | 0.00 |
| CONTRACT CALLERS INC | Uns | 489.00 | NA | NA | 0.00 | 0.00 |
| CREDIT CONTROL LLC | Uns | 1,267.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTON SVC | Uns | 127.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTON SVC | Uns | 2,206.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTON SVC | Uns | 2,893.00 | NA | NA | 0.00 | 0.00 |
| DIRECT MERCHANTS BANK | Uns | 1,532.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED ADJUSTMENT | Uns | 115.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY COMPANY | Uns | 163.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY COMPANY | Uns | 727.00 | NA | NA | 0.00 | 0.00 |
| FAMILY MEDICAL & SURGICAL | Uns | 59.00 | NA | NA | 0.00 | 0.00 |
| FINGERHUT | Uns | 250.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 474.00 | 473.50 | 473.50 | 0.00 | 0.00 |
| GATEWAY SURGERY CENTER | Uns | 402.00 | NA | NA | 0.00 | 0.00 |
| GETTINGTON (ISSUED BY | Uns | 180.00 | 180.07 | 180.07 | 0.00 | 0.00 |
| GINNYS | Uns | 89.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Uns | 1,198.00 | NA | NA | 0.00 | 0.00 |
| HY CITE FINANCE | Uns | 1,250.00 | NA | NA | 0.00 | 0.00 |
| HYCITE | Uns | 1,250.00 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| IC SYSTEMS INC | Uns | 1,290.00 | NA | NA | 0.00 | 0.00 |
| INTEGRITY SOLUTION SERVICES | Uns | 369.00 | NA | NA | 0.00 | 0.00 |
| KSB | Uns | 514.00 | NA | NA | 0.00 | 0.00 |
| LEE COUNTY COURT | Uns | 966.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| NOW CARE LLC | Uns | 48.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 735.00 | NA | NA | 0.00 | 0.00 |
| PREMIER CREDIT OF NORTH | Uns | 11,052.00 | NA | NA | 0.00 | 0.00 |
| QUAD CORPORATION | Uns | 2,403.00 | NA | NA | 0.00 | 0.00 |
| RAWLINGS FINANCIAL SERVICES | Uns | 516.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD ANESTHESIOLOGISTS | Uns | 102.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD GASTROENTEROLOGY | Uns | 207.00 | NA | NA | 0.00 | 0.00 |
| RRCA ACCOUNTS MANAGEMENT | Uns | 533.00 | 2,634.38 | 2,634.38 | 0.00 | 0.00 |
| RRCA | Uns | 603.00 | NA | NA | 0.00 | 0.00 |
| RRCA | Uns | 621.00 | NA | NA | 0.00 | 0.00 |
| RRCA | Uns | 561.00 | NA | NA | 0.00 | 0.00 |
| RRCA | Uns | 416.00 | NA | NA | 0.00 | 0.00 |
| RRCA | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| RRCA | Uns | 513.00 | NA | NA | 0.00 | 0.00 |
| RRCA | Uns | 275.00 | NA | NA | 0.00 | 0.00 |
| RRCA | Uns | 405.00 | NA | NA | 0.00 | 0.00 |
| RRCA | Uns | 445.00 | NA | NA | 0.00 | 0.00 |
| RRCA | Uns | 6.00 | NA | NA | 0.00 | 0.00 |
| RRCA | Uns | 53.00 | NA | NA | 0.00 | 0.00 |
| RRCA | Uns | 284.00 | NA | NA | 0.00 | 0.00 |
| SAUK VALLEY COMMUNITY | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| STONEBERRY | Uns | 96.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 240.00 | NA | NA | 0.00 | 0.00 |
| TRACKERS INC | Uns | 2,250.00 | NA | NA | 0.00 | 0.00 |
| TRACKERS INC | Uns | 62.00 | NA | NA | 0.00 | 0.00 |
| TRACKERS INC | Uns | 1,270.00 | NA | NA | 0.00 | 0.00 |
| TRACKERS INC | Uns | 56.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP as agent | Uns | 1,183.00 | 1,160.81 | 1,160.81 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 380.00 | 369.70 | 369.70 | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Uns | 0.00 | 98.86 | 98.86 | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| MOHELA | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| ALTAIR OHIO XIII LLC | Uns | 0.00 | 822.73 | 822.73 | 0.00 | 0.00 |

### Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 63.04 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 13,630.35 | $ 0.00 | $ 221.84 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 13,693.39 | $ 0.00 | $ 221.84 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | $ 20,467.58 | $ 0.00 | $ 0.00 |

### Disbursements:

| | | |
|---|---|---|
| Expenses of Administration | $ 14.16 | |
| Disbursements to Creditors | $ 221.84 | |
| | | |
| **TOTAL DISBURSEMENTS:** | | $ 236.00 |

UST Form 101-13-FR-S (9/1/2009)

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  _03/19/2014_                    By:  _/s/ Lydia S. Meyer_
                                              Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)